# **EXHIBIT 4**

| Claim Element | Infringement |
|---|---|
| **U.S. Patent No. 8,783,778** | |
| 1. [a] A modular furniture assembly comprising: | To the extent the preamble is limiting, Burrow provides a modular furniture assembly.[1] |

---

[1] Image taken from Burrow website - https://burrow.com/sofa

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 8,783,778 |
| [b] a base member having a frame assembly; and | Burrow's modular furniture assembly includes a base member (circled in yellow below) having a frame assembly.[2] |

---

[2] Images taken from https://burrow.com/Assembly_Instructions_All.pdf

- 2 -

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 8,783,778 |
| [c] a transverse member having a height that is substantially greater than the height of the base member, the transverse member having a frame assembly | Burrow's modular furniture assembly includes a transverse member (circled in yellow below) having a height that is substantially greater than the height of the seating surface of the base member.[3]<br><br>Orange line illustrates the height of transverse member; blue line illustrates the height of the seating surface |

---

[3] Images taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 8,783,778 |
| [d] a foot configured to contact a support surface; and | Burrow's modular furniture assembly includes a foot configured to contact a support surface.[4]<br><br>Orange arrow points to the foot<br>Support surface is the floor or any other surface that contacts the foot opposite the mounting platform |

---

[4] Image taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 8,783,778 |
| [e] a mounting platform, the mounting platform configured to be mounted on both the base member frame assembly and the transverse member frame assembly to thereby couple the base member frame assembly to the transverse member frame assembly, | Burrow's modular furniture assembly includes a mounting platform that is mounted on both the base member and the transverse member to thereby couple the base member to the transverse member.[5]<br><br>Blue arrow points to the base member frame assembly<br>Orange arrow points to the transverse member frame assembly<br>Green arrow points to the mounting platform |

---

[5] Image taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 8,783,778** |
| [f] wherein the foot is selectively mounted on the mounting platform, such that the foot is configured to contact the support surface when the modular furniture assembly is in an upright configuration. | Burrow's modular furniture assembly includes a foot selectively mounting on the platform, such that the foot is configured to contact the support surface when the modular furniture assembly is in an upright configuration<br><br>Green arrow points to the mounting platform<br>Orange arrow points to the selectively mounted foot<br>Support surface is the floor or any other surface that contacts the foot opposite the mounting platform |