# **EXHIBIT 5**

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 10,123,623** |
| 1. [a] A modular furniture assembly comprising: | To the extent the preamble is limiting, Burrow provides a modular furniture assembly.[6] |

---

[6] Image taken from Burrow website - https://burrow.com/sofa

| Claim Element | Infringement |
|---|---|
| **U.S. Patent No. 10,123,623** ||
| [b] a base member providing a seating surface; | Burrow's modular furniture assembly includes a base member having a seating surface (circled in yellow).[7] |
| [c] a transverse member having a height that is substantially greater than the height of the seating surface of the base member; | Burrow's modular furniture assembly includes a transverse member (circled in yellow below) having a height that is substantially greater than the height of the seating surface of the base member.[8] |

---

[7] Image taken from https://burrow.com/Assembly_Instructions_All.pdf
[8] Images taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 10,123,623** |
| | Orange line illustrates the height of transverse member; blue line illustrates the height of the seating surface |
| [d] a first coupler configured to selectively couple the base member to the transverse member; and | Burrow's modular furniture assembly includes a first coupler (circled in yellow below) configured to selectively couple the base member to the transverse member.[9] |

---

[9] Images taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| U.S. Patent No. 10,123,623 ||
|  |  |

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 10,123,623 |
| [e] a second coupler, spaced apart from the first coupler, the second coupler being configured to selectively couple the base member to the transverse member, wherein the second coupler is positioned lower than the first coupler, so as to selectively couple together a lower portion of the base member to a lower portion of the transverse member; | Burrow's modular furniture assembly includes a second coupler, spaced apart from the first coupler, the second coupler being configured to selectively couple the base member to the transverse member, wherein the second coupler is positioned lower than the first coupler, so as to selectively couple together a lower portion of the base member to a lower portion of the transverse member.[10]<br><br>Blue arrow points to the base member<br>Orange arrow points to the transverse member<br>Green arrow points to the second coupler |

---

[10] Image taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 10,123,623 |
| [f] wherein the first coupler selectively couples together a higher portion of the base member to a higher portion of the transverse member. | *See* 1[d] and [e] above and labeled image below, illustrating that the first coupler selectively couples together a higher portion of the base member to a higher portion of the transverse member<br><br>Blue arrow points to the first coupler<br>Yellow arrow points to the second coupler<br>Red dotted box is where the second coupler is positioned to couple together the base member and the transverse member |