# **EXHIBIT 6**

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 10,154,733 |
| 1. [a] A modular furniture assembly comprising: | To the extent the preamble is limiting, Burrow provides a modular furniture assembly.[11] |

---

[11] Image taken from https://burrow.com/sofa

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 10,154,733** |
| [b] a base member having a frame assembly; and | Burrow's modular furniture assembly includes a base member (circled in yellow below) having a frame assembly.[12] |

---

[12] Images taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 10,154,733** |
| [c] a transverse member having a frame assembly; | Burrow's modular furniture assembly includes a transverse member (circled in yellow below) having a frame assembly.[13] |

---

[13] Images taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | **U.S. Patent No. 10,154,733** |
| [d] a mounting platform, the mounting platform configured to be mounted on both the base member and the transverse member to thereby couple the base member to the transverse member; and | Burrow's modular furniture assembly includes a mounting platform that is mounted on both the base member and the transverse member to thereby couple the base member to the transverse member.[14]<br><br>Blue arrow points to the base member<br>Orange arrow points to the transverse member<br>Green arrow points to the mounting platform |

---

[14] Image taken from https://burrow.com/Assembly_Instructions_All.pdf

| Claim Element | Infringement |
|---|---|
| | U.S. Patent No. 10,154,733 |
| [e] a foot configured to contact a support surface; | Burrow's modular furniture assembly includes a foot configured to contact a support surface.[15]<br><br>Orange is the foot<br>Support surface is the floor or any other surface that contacts the foot opposite the mounting platform, when the modular furniture assembly is in an upright configuration |
| [f] wherein the foot is mounted on the mounting platform, such that the foot is configured to contact the support surface when the modular furniture assembly is in an upright configuration. | *See* 1[e]. |

---

[15] Image taken from https://burrow.com/Assembly_Instructions_All.pdf