# EXHIBIT 7

# Here's what you have.

 +  = **ARM CHAIR**
4-8 minute assembly with 1-2 people

 + B +  = **LOVE SEAT**
6-12 minute assembly with 1-2 people

 + A + B +  = **SOFA**
8-16 minute assembly with 1-2 people

 + A + A + B +  = **KING SOFA**
10-20 minute assembly with 1-2 people

**A SEAT BOX**
1 A-Seat
1 Back Cushion
1 Bottom Cushion
2 Center Legs
4 Thumb Screws

**A SEAT BOX**
1 A-Seat
1 Back Cushion
1 Bottom Cushion
2 Center Legs
4 Thumb Screws

**A SEAT BOX**
1 A-Seat
1 Back Cushion
1 Bottom Cushion
2 Center Legs
4 Thumb Screws

**B SEAT BOX**
1 B-Seat
1 Back Cushion
1 Bottom Cushion

**ARMS BOX**
2 Arm Rests
4 Corner Legs
8 Thumb Screws
1 USB Power Plug

# Here's how you start. Order your seats like this, folded with the letters facing up.











Assembly instructions inside.

**BURROW**

# 1

Place the A-Seat(s) side-by-side with the B-Seat, making sure the black fabric on the bottom of the seat is facing up. Then slide the modules together (3 alignment pins into 3 holes).

( IF YOU HAVE A 1-SEATER, SKIP THIS STEP. )

**PRO TIP:**
Ensure levers are open before sliding modules together.



OPEN

CLOSED



# 2

Once the modules are connected, close the latches located on the base of the modules (2 between each seat).

( IF YOU HAVE A 1-SEATER, SKIP THIS STEP. )

**OPEN**

**CLOSED**




Need help? Check out burrow.com/assembly for helpful videos or give us a call at 855-928-7769.

## 3

Unfold the seats into the open position, so that backrests are on the ground. If the seats become partially closed at any point, they need to be completely closed and re-opened in order to complete Step 5.



## 4

Place the left arm (3 alignment holes) to the left of the seats and place the right arm (3 alignment pins) to the right of the seats, as shown below.



**LEFT ARM**
3 ALIGNMENT HOLES

**RIGHT**
3 ALIGNMENT PINS

Need help? Check out burrow.com/assembly for helpful videos or give us a call at 855-928-7769.

# 5

Attach the arm rests to the seats, sliding the three alignment pins into the three alignment holes. Then, close the latches on the bottom of the sofa.

**PRO TIP:**
If alignment pins are not lining up with the holes, try closing the seats all the way and re-opening (repeat of Step 3). If the alignment pins aren't sliding into the holes, make sure the levers are open (see below).



# 6

Remove the tape and the close levers located in between the backrests and the arm rests. You may feel a slight click when they are closed all the way, which will be close to flush with the angle of the backrest.



**OPEN**



**CLOSED**

Need help? Check out burrow.com/assembly for helpful videos or give us a call at 855-928-7769.

**7**

Attach each leg by screwing in the thumbscrews. For help with placement, please refer to the dotted line guides on the image below. Attach the corner legs so that the feet angle out away from the couch. 1-Seaters only have corner legs.




**8**

To use your built-in USB charger, un-clip the cord from the bottom of the right arm rest, plug your USB power cord into it, and then plug your USB power cord into a power source. The Velcro flap on the bottom of the B-Seat helps keep the cord tucked up and out of the way when in use.



UN-CLIPPED



CLIPPED

Need help? Check out burrow.com/assembly for helpful videos or give us a call at 855-928-7769.

**9** Gently place your sofa into its upright position. The best way to do this is to have two people lift the sofa, turn it 90 degrees, and set it on its legs. If you're flying solo then gently tilting the sofa works as well.



**10** Unpack your cushions (NO SCISSORS PLEASE!) and place them on your couch. Your Burrow can be styled either tufted or un-tufted by flipping the cushions over. Please allow up to 72 hours for the wrinkles to come out. (Hey, you'd be wrinkly too if you were vacuum sealed in a bag all week!)

**TUFTED** | **UN-TUFTED**





# That's it!

See? Wasn't that easy? Now you have a new party trick for the next time your friends come over.

# FINAL STEP: SHARE FOR SAVINGS

**The fun doesn't stop once your Burrow is built. Earn money by getting social and spreading the Burrow love!**



## Show it off.

Snap a picture of your styled Burrow and post on Instagram with #lovemyburrow. (We'll DM you a code for 10% off a future purchase, and regram some of our favs!)



## Tell us what you think.

We really hope you love your Burrow. Look out for one more email from us that will let you join the convo and leave a review about your experience!



## Share the love.

We'll be emailing your referral code shortly so you can give a special friend 10% off their Burrow purchase! (Get ready to be 'Friend Of The Year.')

You're officially part of the Burrow family, and we couldn't be more excited.

We work hard to make the furniture that you deserve. Pieces that will last throughout the years, make your life easier and leave the world a little greener. Burrow is a comfy culmination of all our good intentions, and we can't wait to see how you make us a part of your home and happy place.

As a part of the fam, we'll make sure that you always get first dibs and exclusive discounts on all of our future products and endeavors (trust us, they're gonna be good).

Now that you're all assembled and it's time to lounge, you can do so knowing that we're here for you any day, any time. If you ever have questions or concerns about your Burrow (or just want to say hi!) shoot us an email at family@burrow.com.

Here's to movie nights, glasses of wine, moments of peace, and that special feeling you get when you sit on your Burrow and feel finally home. We hope you love it.

Happy burrowing!

Sincerely,

Stephen & Kabeer
Co-Founders of Burrow

BURROW