IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE LOVESAC COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>BURROW, INC.,<br><br>    Defendant. | C.A. No. 19-596-MN |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the Notice For Dismissal With Prejudice of all claims asserted between Plaintiff The Lovesac Company ("Plaintiff") and Defendant Burrow, Inc. ("Defendant"), the Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

SO ORDERED this 25th day of November, 2019

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge